LAW_CLERK_A, STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05204-RJB
### Internal Use Only

| | |
|---|---|
| Rusiecki v. Menu Foods | Date Filed: 04/26/2007 |
| Assigned to: Hon. Robert J. Bryan | Jury Demand: None |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 195 Contract Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jeff Rusiecki**
*individually and on behalf of all others similarly situated*

represented by **Michael David Myers**
MYERS & COMPANY
1809 7TH AVE
STE 700
SEATTLE, WA 98101
206-398-1188
Fax: FAX 398-1189
Email: mmyers@myers-company.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 5TH AVE
STE 2900
SEATTLE, WA 98101
206-623-7292
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**
*a foreign corporation*

represented by **Gary A. Trabolsi**
GARDNER BOND TRABOLSI MCDONALD & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: gtrabolsi@gardnerbond.com
*ATTORNEY TO BE NOTICED*

Dockets.Justia.com

**Jeffrey T Kestle**
GARDNER BOND TRABOLSI ST
LOUIS & CLEMENT
2200 6TH AVE
STE 600
SEATTLE, WA 98121
206-256-6309
Email: jkestle@gardnerbond.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2007 | 1 | COMPLAINT against defendant Menu Foods (No Summons issued)(Receipt # S-8930), filed by Jeff Rusiecki. (Attachments: # 1 Civil Cover Sheet.) (JL) (Entered: 05/02/2007) |
| 05/07/2007 | 2 | STIPULATION AND PROPOSED ORDER *to Stay All Proceedings and For Preservation of Evidence* by parties. (Attachments: # 1 Certificate of Service)(Kestle, Jeffrey) (Entered: 05/07/2007) |
| 05/09/2007 | 3 | STIPULATION AND ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE. Signed by Judge Robert J. Bryan. (JL) (Entered: 05/09/2007) |
| 07/06/2007 | 4 | NOTICE *of Multidistrict Consolidation Pursuant to 28 U.S.C. Section 1407 and Request to Maintain Stay* ; filed by Defendant Menu Foods. (Attachments: # 1 # 2)(Kestle, Jeffrey) (Entered: 07/06/2007) |
| 07/09/2007 | 5 | MINUTE ORDER. On July 6, 2007, defendant filed a request to maintain the stay in this matter pending a decision by the Judicial Panel on Multidistrict Litigation whether to transfer this case to the District of New Jersey as part of the *In re Pet Food Products Liability Litigation* MDL case (Dkt. 4). On July 6, 2007, plaintiff's counsel informed the court by telephone that plaintiff does not object to continuing the stay. Accordingly, the current stay of proceedings will remain in place until a decision is made by the Judicial Panel on Multidistict Litigation on whether to transfer this case as part of the MDL case. Plaintiff's counsel is directed to inform this court when - and if - the stay should be lifted within 10 days of the MDL panel's decision. Authorized by Judge Robert J. Bryan. (JL) (Entered: 07/09/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By   S/Rhonda Stiles
         Deputy Clerk